## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**EDWARD M. PIRTLE,**
Petitioner,

vs.                                                                                                  Case Number:   **06-2227**

**DONALD HULICK,**
Respondent.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the respondent and against the petitioner.   Case is terminated.

ENTER this 24th day of March 2008.

Pamela E. Robinson, Clerk

_____
PAMELA E. ROBINSON, CLERK

**s/K. Wynn**
_____
BY:  DEPUTY CLERK